THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* STEPHEN R. WITHERELL, Appellant.

(Argued May 29, 1933; decided July 11, 1933.)

*Victor Levine* and *Saul Kauffman* for appellant.
*William D. Ingram, District Attorney,* for respondent.

no opinion.
Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.